

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on  07/07/2026  Jeffrey Harper, Jr

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the  Western District of North Carolina  .

Case number:  26-30874

Certificate number:  NCW26-308744904978

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance